# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Stanley Stephens                                                  Docket No. 7:13-CR-108-1F

### Petition for Action on Supervised Release

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stanley Stephens, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine and Cocaine Base in violation of 21 U.S.C. §846, was sentenced by the Honorable C. Westin Houck, Senior U.S. District Judge for the District of South Carolina on September 13, 1999, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Pursuant to 18 U.S.C. §3582(c)(2), the sentence was reduced to 188 months on June 30, 2009. Stanley Stephens was released from custody on November 10, 2011, at which time the term of supervised release commenced. On October 29, 2013, jurisdiction of this case was transferred to the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 31, 2015, the defendant was charged with Misdemeanor Possession of Marijuana and Possession of Marijuana Paraphernalia (15CR707215) in Robeson County, North Carolina, and failed to report this contact with law enforcement to the probation officer. The defendant admitted that he possessed one marijuana cigarette. These are the first violations the defendant has committed since his release from imprisonment over three years ago. We recommend the conditions of supervised release be modified to require the defendant to serve 2 days in the custody of the Bureau of Prisons as a sanction for the violations. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Stanley Stephens
Docket No. 7:13-CR-108-1F
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

/s/ Thomas E. Sheppard
Thomas E. Sheppard
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2541
Executed On: December 14, 2015

### ORDER OF THE COURT

Considered and ordered this ___15___ day of __December__, 2015 and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge